1  MAYALL HURLEY P.C.
   ROBERT J. WASSERMAN (SBN: 258538)
2  rwasserman@mayallaw.com
   WILLIAM J. GORHAM (SBN: 151773)
3  wgorham@mayallaw.com
   NICHOLAS J. SCARDIGLI (SBN: 249947)
4  nscardigli@mayallaw.com
   VLADIMIR J. KOZINA (SBN: 284645)
5  vjkozina@mayallaw.com
6  2453 Grand Canal Boulevard
   Stockton, California 95207-8253
7  Telephone: (209) 477-3833
   Facsimile: (209) 473-4818
8
9  Attorneys for Plaintiff Henna Ahmed

10  JESSICA G. WILSON (SBN: 254366)
    jessica.wilson@dinsmore.com
11  CHARLES M. ROESCH
    chuck.roesch@dinsmore.com (*pro hac vice*)
12  DREW B. MILLAR
    drew.millar@dinsmore.com (*pro hac vice*)
13  DINSMORE & SHOHL LLP
14  655 West Broadway, Suite 840
    San Diego, CA 92101
15  Telephone: (619) 356-3518
    Facsimile: (619) 615-2082
16
17  Attorneys for Defendants Beverly Health and Rehabilitation Services, Inc. and
    GGNSC Administrative Services, LLC
18
                    **UNITED STATES DISTRICT COURT**
19
                    **EASTERN DISTRICT OF CALIFORNIA**
20

| | |
|---|---|
| HENNA AHMED, an individual, | Case No.: 2:16-cv-01747-WBS-KJN |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER GRANTING LEAVE TO FILE FIRST AMENDED CLASS ACTION AND INDIVIDUAL COMPLAINT |
| vs. | |
| BEVERLY HEALTH AND REHABILITATION SERVICES, INC.; GGNSC ADMINISTRATIVE SERVICES, LLC and DOES 1-100, inclusive, | |
| Defendants. | |

1  IT IS HEREBY STIPULATED by and between the parties hereto through their counsel of record that Plaintiff Henna Ahmed shall have leave to file the attached First Amended Class Action and Individual Complaint in place of the operative first amended complaint for damages in the above-captioned matter, and that Defendants Beverly Health and Rehabilitation Services, Inc. and GGNSC Administrative Services, LLC shall have twenty-one (21) days after service of the filed First Amended Class Action and Individual Complaint within which to answer or otherwise plead in response thereto.

DATED:  November 9, 2016          MAYALL HURLEY P.C.

                                  By  */s/ Robert J. Wasserman*
                                      ROBERT J. WASSERMAN
                                      WILLIAM J. GORHAM III
                                      NICHOLAS J. SCARDIGLI
                                      VLADIMIR J. KOZINA
                                      Attorneys for Plaintiff
                                      Henna Ahmend

DATED:  November 9, 2016          DINSMORE SHOHL LLP

                                  By  */s/ Drew B. Millar*
                                      JESSICA G. WILSON
                                      CHARLES M. ROESCH
                                      DREW B. MILLAR
                                      Attorneys for Defendants,
                                      Beverly Health and Rehabilitation Services, Inc. and
                                      GGNSC Administrative Services, LLC
                                      *All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing*

# **ORDER**

Pursuant to the Parties' stipulation, IT IS HEREBY ORDERD that Plaintiff shall have leave to file her First Amended Class Action and Individual Complaint, a copy of which is attached to the stipulation.

IT IS FURTHER ORDERED that Defendants shall have twenty-one (21) days after service of the filed First Amended Class Action and Individual Complaint within which to answer or otherwise plead in response thereto.

IT IS SO ORDERED.

Dated:  November 10, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE