ADRIANA CARA
adriana.cara@dinsmore.com
DINSMORE & SHOHL LLP
655 W. Broadway, #840
San Diego, CA 92101
Phone: (619) 356-3518

CHARLES M. ROESCH
chuck.roesch@dinsmore.com (*pro hac vice*)
DINSMORE & SHOHL LLP
255 E. Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Phone: (513) 977-8200
Fax: (513) 977-8141

Attorneys for Defendants

BEVERLY HEALTH AND REHABILITATION SERVICES, INC.;
GGNSC ADMINISTRATIVE SERVICES, LLC

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HENNA AHMED, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BEVERLY HEALTH AND REHABILITATION SERVICES, INC.; GGNSC ADMINISTRATIVE SERVICES, LLC and Does 1-100, inclusive,<br><br>Defendants. | CASE NO. 2:16−cv-01747-WBS-KJN<br><br>**ORDER EXTENDING DEADLINES FOR CLASS DISCOVERY AND MOTION FOR CLASS CERTIFICATION**<br><br>Action Filed: July 25, 2016<br>Trial Date: March 13, 2018 |

**IT IS HEREBY ORDERED AS FOLLOWS:**

The November 30, 2016 Scheduling Order is amended as follows: The deadline for class discovery is extended from June 30, 2017, to July 31, 2017. Plaintiff's deadline for filing her motion for class certification is extended from July 27, 2017 to August 28, 2017.

Dated: July 11, 2017

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| Date: July 11, 2017 | MAYALL HURLEY P.C. |
| | By /s/ Robert J. Wasserman |
| | Robert J. Wasserman |
| | Attorney for Plaintiff<br>HENNA AHMED |
| Date: July 11, 2017 | DINSMORE & SHOHL LLP |
| | By /s/ Charles M. Roesch |
| | Charles M. Roesch |
| | Attorney for Defendants<br>BEVERLY HEALTH AND REHABILITATION SERVICES, INC.;<br>GGNSC ADMINISTRATIVE SERVICES, LLC |