ADRIANA CARA
adriana.cara@dinsmore.com
DINSMORE & SHOHL LLP
655 W. Broadway, #840
San Diego, CA 92101
Phone: (619) 356-3518

CHARLES M. ROESCH (*pro hac vice*)
SUSAN H. JACKSON (*pro hac vice*)
chuck.roesch@dinsmore.com
susan.jackson@dinsmore.com
DINSMORE & SHOHL LLP
255 E. Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Phone: (513) 977-8200
Fax: (513) 977-8141

Attorneys for Defendants

BEVERLY HEALTH AND REHABILITATION SERVICES, INC.;
GGNSC ADMINISTRATIVE SERVICES, LLC

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENNA AHMED, an individual, | CASE NO. 2:16−cv-01747-WBS-KJN |
| Plaintiff, | **ORDER EXTENDING DEADLINE FOR MOTION FOR CLASS CERTIFICATION** |
| v. | |
| BEVERLY HEALTH AND REHABILITATION SERVICES, INC.; GGNSC ADMINISTRATIVE SERVICES, LLC and Does 1-100, inclusive, | Action Filed:  July 25, 2016<br>Trial Date:  March 13, 2018 |
| Defendants. | |

**IT IS HEREBY ORDERED AS FOLLOWS:**

Pursuant to the parties' stipulation, and for good cause shown, plaintiff's deadline for filing her motion for class certification is extended from September 29, 2017, to October 27, 2017.

Dated:  October 2, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ORDER EXTENDING DATES