ADRIANA CARA
adriana.cara@dinsmore.com
DINSMORE & SHOHL LLP
655 W. Broadway, #840
San Diego, CA 92101
Phone: (619) 356-3518

CHARLES M. ROESCH (*pro hac vice*)
SUSAN H. JACKSON (*pro hac vice*)
chuck.roesch@dinsmore.com
susan.jackson@dinsmore.com
DINSMORE & SHOHL LLP
255 E. Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Phone: (513) 977-8200
Fax: (513) 977-8141

Attorneys for Defendants

BEVERLY HEALTH AND REHABILITATION SERVICES, INC.;
GGNSC ADMINISTRATIVE SERVICES, LLC

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENNA AHMED, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BEVERLY HEALTH AND REHABILITATION SERVICES, INC.; GGNSC ADMINISTRATIVE SERVICES, LLC and Does 1-100, inclusive,<br><br>Defendants. | CASE NO. 2:16−cv-01747-WBS-KJN<br><br>**ORDER EXTENDING DEADLINE FOR MOTION FOR CLASS CERTIFICATION**<br><br>Action Filed: July 25, 2016<br>Trial Date: March 13, 2018 |

**IT IS HEREBY ORDERED AS FOLLOWS:**

Based on the parties' stipulation (ECF No. 30), plaintiff's deadline for filing her motion for class certification is extended from October 27, 2017 to November 30, 2017.

Dated: November 7, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Date: November 3, 2017                    MAYALL HURLEY P.C.

By /s/ Robert J. Wasserman
    Robert J. Wasserman

Attorney for Plaintiff
HENNA AHMED

Date: November 3, 2017                    DINSMORE & SHOHL LLP

By    /s/ Susan H. Jackson
    Susan H. Jackson

Attorney for Defendants
BEVERLY HEALTH AND
REHABILITATION SERVICES, INC.;
GGNSC ADMINISTRATIVE SERVICES,
LLC