ADRIANA CARA
adriana.cara@dinsmore.com
DINSMORE & SHOHL LLP
655 W. Broadway, #840
San Diego, CA 92101
Phone: (619) 356-3518

CHARLES M. ROESCH (*pro hac vice*)
SUSAN H. JACKSON (*pro hac vice*)
chuck.roesch@dinsmore.com
susan.jackson@dinsmore.com
DINSMORE & SHOHL LLP
255 E. Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Phone: (513) 977-8200
Fax: (513) 977-8141

Attorneys for Defendants
BEVERLY HEALTH AND REHABILITATION SERVICES, INC.;
GGNSC ADMINISTRATIVE SERVICES, LLC

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HENNA AHMED, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BEVERLY HEALTH AND REHABILITATION SERVICES, INC.; GGNSC ADMINISTRATIVE SERVICES, LLC and Does 1-100, inclusive,<br><br>Defendants. | CASE NO. 2:16−cv-01747-WBS-KJN<br><br>**ORDER CONTINUING DATE FOR HEARING ON PROPOSED CLASS ACTION SETTLEMENT AND VACATING PRE-TRIAL AND TRIAL DATES**<br><br>Action Filed: July 25, 2016<br>Trial Date: March 13, 2018 |

**IT IS HEREBY ORDERED AS FOLLOWS:**

The Court's December 1, 2016 and December 1, 2017 Orders be amended as follows: The hearing set for January 22, 2018 is continued until February 5, 2018 at 1:30 p.m. The February 12, 2018 pre-trial conference and the March 13, 2018 trial dates are vacated.

Dated: December 18, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Date: December 18, 2017               MAYALL HURLEY P.C.

                                      By /s/ Robert J. Wasserman
                                            Robert J. Wasserman

                                      Attorney for Plaintiff
                                      HENNA AHMED


Date: December 18, 2017               DINSMORE & SHOHL LLP

                                      By      /s/ Susan H. Jackson
                                            Susan H. Jackson

                                      Attorney for Defendants
                                      BEVERLY HEALTH AND
                                      REHABILITATION SERVICES, INC.;
                                      GGNSC ADMINISTRATIVE SERVICES,
                                      LLC