ADRIANA CARA
adriana.cara@dinsmore.com
DINSMORE & SHOHL LLP
655 W. Broadway, #840
San Diego, CA 92101
Phone: (619) 356-3518

CHARLES M. ROESCH (*pro hac vice*)
SUSAN H. JACKSON (*pro hac vice*)
chuck.roesch@dinsmore.com
susan.jackson@dinsmore.com
DINSMORE & SHOHL LLP
255 E. Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Phone: (513) 977-8200
Fax: (513) 977-8141

Attorneys for Defendants

BEVERLY HEALTH AND REHABILITATION SERVICES, INC.;
GGNSC ADMINISTRATIVE SERVICES, LLC

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENNA AHMED, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BEVERLY HEALTH AND REHABILITATION SERVICES, INC.; GGNSC ADMINISTRATIVE SERVICES, LLC and Does 1-100, inclusive,<br><br>Defendants. | CASE NO. 2:16−cv-01747-WBS-KJN<br><br>**ORDER RESETTING HEARING DATE FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Action Filed:   July 25, 2016<br>Trial Date:     March 13, 2018 |

**IT IS HEREBY ORDERED AS FOLLOWS:**

The Court's February 7, 2018 Order be amended as follows: The hearing set for May 14, 2018 is reset for April 30, 2018.

Dated: February 9, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

| | | |
|---|---|---|
| Date: February 9, 2018 | | MAYALL HURLEY P.C. |
| | | By /s/ Robert J. Wasserman |
| | | Robert J. Wasserman |
| | | Attorney for Plaintiff<br>HENNA AHMED |
| Date: February 9, 2018 | | DINSMORE & SHOHL LLP |
| | | By /s/ Susan H. Jackson |
| | | Susan H. Jackson |
| | | Attorney for Defendants<br>BEVERLY HEALTH AND REHABILITATION SERVICES, INC.;<br>GGNSC ADMINISTRATIVE SERVICES, LLC |