MAYALL HURLEY P.C.
ROBERT J. WASSERMAN (SBN: 258538)
rwasserman@mayallaw.com
WILLIAM J. GORHAM, III (SBN: 151773)
wgorham@mayallaw.com
NICHOLAS J. SCARDIGLI (SBN: 249947)
nscardigli@mayallaw.com
VLADIMIR J. KOZINA (SBN: 284645)
vjkozina@mayallaw.com
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone: (209) 477-3833
Facsimile: (209) 473-4818

Attorneys for Plaintiff Henna Ahmed and the Putative Class

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENNA AHMED, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BEVERLY HEALTH AND REHABILITATION SERVICES, INC.; GGNSC ADMINISTRATIVE SERVICES, LLC and Does 1-100, inclusive,<br><br>Defendants. | CASE NO. 2:16−cv-01747-WBS-KJN<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING: APPROVAL OF AND LEAVE TO ISSUE OF NOTICE OF ERRATA TO CLASS MEMBERS** |

Plaintiff Henna Ahmed ("Plaintiff") and Defendants Beverly Health and Rehabilitation Services, Inc. and GGNSC Administrative Services, LLC ("Defendants", collectively, the "Parties") respectfully submit the following Stipulation and Proposed Order for the Court's consideration

/ / /

/ / /

## RECITALS AND STIPULATION

It is hereby stipulated by and between the Parties through their counsel of record that:

1. On February 7, 2018, the Court issued its Memorandum and Order Re: Motion for Preliminary Settlement Approval (Doc. #9), provisionally certifying a class consisting of "All current and former California employees of Beverly Health and Rehabilitation Services, Inc. who were issued one or more wage statements from July 25, 2015, through September 1, 2016." ("Settlement Class") (Doc #9, pg. 29-30).

2. On February 7, 2018, the Court approved the form of the Class Notice attached a copy of which is filed concurrently herewith (Declaration of Robert J. Wasserman, Exhibit 1), finalized copies of which were mailed to the Settlement Class on March 1, 2018. Wasserman Decl., ¶ 3, Exhibit 1.

3. After mailing of the notices was complete, the Parties discovered that there existed two typographical errors in the mailed notices, specifically: 1) the class period was incorrectly stated on the first page as extending from July 25, 2016 through September 1, 2016; and 2) the website address provided to Settlement Class members inadvertently read www.beverlyhealthrwagestatementsettlement.com. While that address has been operational since the notices were mailed, the stray "r" between the words "health" and "wage" may be overlooked by Settlement Class members. Wasserman Decl., ¶ 4.

4. The Parties immediately 1) ensured that all information contained on the website was accurate, and 2) launched a second website so that interested Class Members can obtain information from either www.beverlyhealthwagestatementsettlement.com or www.beverlyhealthrwagestementsettlement.com. The Parties intend to continue to operate both websites so that interested Class Members can obtain information from either website. Wasserman Decl., ¶ 5.

5. In order to provide the best possible notice to the Settlement Class, the Parties further wish to apprise the Settlement Class of the typographical errors by way of a Notice of Errata, a copy of which is filed concurrently herewith (Wasserman Decl., Exhibit 2).

6. ALTERNATIVELY, if it pleases the Court, the Parties are willing to send a revised version of the #-page Class Notice in which the typographical errors have been corrected, a copy of which is filed concurrently herewith (Wasserman Decl., Exhibit 3).

Date: March 8, 2018            MAYALL HURLEY P.C.

                               By */s/ Robert J. Wasserman*
                                    Robert J. Wasserman

                               Attorney for Plaintiff
                               HENNA AHMED

Date: March 8, 2018            DINSMORE & SHOHL LLP

                               By     */s/ Susan H. Jackson*
                                    Susan H. Jackson

                               Attorney for Defendants
                               BEVERLY HEALTH AND
                               REHABILITATION SERVICES, INC.;
                               GGNSC ADMINISTRATIVE SERVICES,
                               LLC

**ORDER**

Having read and considered the Parties' Stipulation and supporting documents, and good cause appearing,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Court approves the form and content of the Notice of Errata attached as **Exhibit 2** to the Declaration of Robert J. Wasserman;

2. The Claims Administrator shall mail copies of the Notice of Errata to each Settlement Class member within 5 calendar days following entry of this Order;

3. The Claims Administrator shall concurrently operate two websites that Settlement Class members can access for additional information:

www.beverlyhealthrwagestatementsettlement.com

and

www.beverlyhealthwagestatementsettlement.com

4. All costs associated with mailing of the Notice of Errata and operation of the websites shall be borne by the Settlement Administrator, and no additional costs shall accrue to the Settlement Class.

**Dated: March 8, 2018**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE